IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERICA LYNNE HALE,

      Plaintiff,

vs.                                                     Civ No. 23-00437 KRS

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

      Defendant.

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO REVERSE AND REMAND TO THE AGENCY**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion To Reverse and Remand To the Agency, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through September 19, 2023, to serve her Motion to Reverse or Remand for a Rehearing with Supporting Memorandum. Defendant is granted through October 19, 2023 to file her Response. Plaintiff is granted through November 2, 2023 to file her Reply.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE