IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERICA LYNNE HALE,

      Plaintiff,

vs.                         CIV. NO. 1:23-CV-00437-KRS

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

      Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 26), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

                                            _/s/ Kevin Sweazea_____
                                            HONORABLE KEVIN R. SWEAZEA
                                            UNITED STATES MAGISTRATE JUDGE

Submitted by:

    /s/*Michelle C. Verdis*
    MICHELLE C. VERDIS

    ATTORNEY FOR DEFENDANT

Approved by:

    _/s/ electronically approved_ 12/12/2023
    LAURA JOELLEN JOHNSON
    Armstrong Johnson Law, LLC

    ATTORNEY FOR PLAINTIFF